# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141534-5

LAURA LEE REESOR,
        Plaintiff-Appellant,

v

NORMAN YATOOMA & ASSOCIATES, P.C.,
        Defendant-Appellee.

_____/

NORMAN YATOOMA & ASSOCIATES, P.C.,
        Plaintiff-Appellee,

v

LAURA LEE REESOR,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141534
COA: 289400
Oakland CC: 2007-083023-NM

SC: 141535
COA: 289427
Oakland CC: 2007-083056-CK

On order of the Court, the application for leave to appeal the May 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

p1115